IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:10-MJ-00494

JORGE A. RAMIREZ,
        Defendant

ORDER

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon the United States Attorney for the Eastern District of Virginia hereby dismisses the CRIMINAL INFORMATION as to JORGE A. RAMIREZ.

DANA J. BOENTE
UNITED STATES ATTORNEY

By_____
Thomas A. Garnett
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____/s/_____
Roderick C. Young
United States Magistrate Judge

Richmond, Virginia
Dated: January 31, 2017